UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. **CV 17-07843 GW (AFM)**          Date: **March 12, 2018**

Title    **Delvon C. Jackson v. Sarah Jones**

Present: The Honorable:    **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): Order to Show Cause**

On January 4, 2018, the *pro se* Plaintiff filed a First Amended Civil Rights Complaint. After screening the First Amended Complaint ("FAC"), on January 29, 2018, the Court ordered the FAC to be served on defendant Sarah Jones and directed the Clerk to send the appropriate service documents to plaintiff to accomplish service by the U.S. Marshal. Plaintiff was directed to complete the USM 285 ("Process Receipt and Return") and return it along with the Notice of Submission within 30 days of the Order. The docket sheet shows that, as late as the date of this Order, plaintiff has not filed a Notice of Submission or the USM 285. Plaintiff has failed to comply with the Court's Order.

Plaintiff shall show cause on or before **April 2, 2018**, why this action should not be dismissed due to plaintiff's failure to prosecute. The filing of the Notice of Submission and USM 285 on or before April 2, 2018 shall discharge the order to show cause. **Plaintiff is hereby cautioned that failing to comply with this Order and/or to show cause, will result in the recommendation that this action be dismissed for failure to prosecute.**

IT IS SO ORDERED.

                                                                 **Initials of Preparer**    : ib