JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELVON JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SARAH JONES, et al.,<br><br>　　　　　Defendants. | Case No.  CV 17-7843-GW-MAAx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

　　IT IS SO ORDERED.

Dated: September 17, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. GEORGE H. WU,
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE